IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-00071-CR-W-HFS |
| | ) | |
| JIMMY L. GARNER | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On June 15, 2020, a Change of Plea Hearing was held before Magistrate Judge Sarah W. Hays, and defendant executed a Consent to Entry of Guilty Plea. (Doc. 93). In a Report and Recommendation dated June 17, 2020, Judge Hays determined that the guilty plea to Count One of the Indictment was knowledgeable and voluntary and that the offenses were supported by an independent basis in fact containing each essential element of the offenses.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 22) and ACCEPT defendant's guilty

plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

SO ORDERED.

                                                              s/ HOWARD F. SACHS
                                                              HOWARD F. SACHS
                                                              UNITED STATES DISTRICT JUDGE

July 6, 2020

Kansas City, Missouri